UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Brendon A. Cate,
    Plaintiff

    v.                                    Civil No. 06-cv-200-SM

Public Service Enterprise Group,
Inc., and Aerotek, Inc.
f/k/a Onsite Energy Services,
    Defendants


### O R D E R


Granted (document no. 10). The motion was made within a reasonable time and sets forth sufficient grounds upon which to conclude that pro se plaintiff's voluntary dismissal of both defendants was due to inadvertence and was unintentional, as evidenced by plaintiff's subsequent inquiry of the clerk as to the status of pleadings in the case. See Fed. R. Civ. P. 60(b)(1) and (6). The Amended Notice is allowed; Defendant Public Service Enterprise Group, Inc. is dismissed with prejudice. Defendant Aerotek, Inc. remains.

    **SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

October 27, 2006

cc:  Brendon A. Cate, pro se
     David A. Anderson, Esq.

Dockets.Justia.com