UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Brendon A. Cate

    v.                                   Civil No. 06-cv-200-SM

Public Service Enterprise Group, Inc., et al

## J U D G M E N T

In accordance with Notice of Voluntary Dismissal dated August 24, 2006, and the Order by Chief Judge McAuliffe dated August 23, 2007, judgment is hereby entered.

                                              By the Court,

                                              /s/ Daniel J. Lynch

                                              Daniel J. Lynch
                                              Chief Deputy Clerk

August 24, 2007

cc:    Brendon A. Cate, pro se
        David A. Anderson, Esq.